1  BRUCE LOCKE (#177787)
   Moss & Locke
2  800 Howe Avenue, Suite 110
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  Attorneys for
   ANTHONY VASSALLO
5

6              IN THE UNITED STATES DISTRICT COURT

7             FOR THE EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,      )   No.  CR. S-09-179 GEB
                                  )
9              Plaintiff,         )
                                  )   STIPULATION AND PROPOSED
10                                )   ORDER TO CONTINUE THE
      v.                          )   STATUS CONFERENCE FROM
11                                )   SEPTEMBER 2, 2011 TO OCTOBER
   ANTHONY VASSALLO,              )   28, 2011 AT 9:00 A.M.
12                                )
               Defendant.         )
13 _____)

14     IT IS HEREBY STIPULATED AND AGREED between the defendant, Anthony Vassallo,
15 by and through his defense counsel, Bruce Locke, and the United States of America by and through
16 its counsel, Assistant U.S. Attorney Jean Hobler, that the status conference scheduled for September
17 2, 2011 should be continued to October 28, 2011 at 9:00 a.m..
18     The reason for the continuance is that the case is quite complex and there is substantial
19 discovery that must be reviewed. Defense counsel needs to review additional documents in the
20 possession of the government. Defense counsel is advised that a substantial number of documents
21 are in the possession of the SEC and the Receiver and that review of those documents will require
22 travel to San Francisco. Government counsel has advised that she will soon be providing the defense
23 counsel with a proposed plea agreement. Accordingly, the time between September 2, 2011 and,
24 October 28, 2011 should be excluded from the Speedy Trial calculation pursuant to Title 18, United
25 States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.  The parties
26 stipulate that the ends of justice served by granting this continuance outweigh the best interests of
27 the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Ms. Hobler has authorized
28

29                                    1

Mr. Locke to sign this pleading for her.

Dated: August 31, 2011  Respectfully submitted,

    /S/ Bruce Locke
BRUCE LOCKE
Attorney for Anthony Vassallo

DATED: August 31, 2011  /S/ Bruce Locke
For JEAN HOBLER
Attorney for the United States

    The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

    IT IS SO ORDERED.

Dated: August 31, 2011

GARLAND E. BURRELL, JR.
United States District Judge

2