1  BRUCE LOCKE (#177787)
   Moss & Locke
2  800 Howe Avenue, Suite 110
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  Attorneys for
   ANTHONY VASSALLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR. S-09-179 GEB |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND PROPOSED |
| | ) ORDER TO CONTINUE THE |
| v. | ) STATUS CONFERENCE FROM |
| | ) OCTOBER 28, 2011 TO DECEMBER |
| ANTHONY VASSALLO, | ) 2, 2011 AT 9:00 A.M. |
| | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED between the defendant, Anthony Vassallo, by and through his defense counsel, Bruce Locke, and the United States of America by and through its counsel, Assistant U.S. Attorney Jean Hobler, that the status conference scheduled for October 28, 2011 should be continued to December 2, 2011 at 9:00 a.m..

The reason for the continuance is that the case is quite complex and there is substantial discovery that must be reviewed. Defense counsel needs to review additional documents in the possession of the government. Defense counsel is advised that a substantial number of documents are in the possession of the SEC and defense counsel is in the process or reviewing those documents. Government counsel has advised that she will soon be providing the defense counsel with a proposed plea agreement. Accordingly, the time between October 28, 2011 and December 2, 2011 should be excluded from the Speedy Trial calculation pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Ms. Hobler has authorized Mr. Locke to sign

this pleading for her.

Dated: October 18, 2011   Respectfully submitted,

   /S/ Bruce Locke
BRUCE LOCKE
Attorney for Anthony Vassallo

DATED: October 18, 2011   /S/ Bruce Locke
For JEAN HOBLER
Attorney for the United States

The Court finds, based upon the parties' stipulation, that the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial, and

IT IS SO ORDERED.

Dated: October 20, 2011

GARLAND E. BURRELL, JR.
United States District Judge

2