```
1  BRUCE LOCKE (#177787)
   Moss & Locke
2  800 Howe Avenue, Suite 110
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  Attorneys for
   ANTHONY VASSALLO
5
```

        IN THE UNITED STATES DISTRICT COURT

        FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR. S-09-179 GEB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND PROPOSED |
| | ) | ORDER TO CONTINUE THE |
| v. | ) | STATUS CONFERENCE FROM |
| | ) | DECEMBER 2, 2011 TO JANUARY |
| ANTHONY VASSALLO, | ) | 20, 2011 AT 9:00 A.M. |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      IT IS HEREBY STIPULATED AND AGREED between the defendant, Anthony Vassallo, by and through his defense counsel, Bruce Locke, and the United States of America by and through its counsel, Assistant U.S. Attorney Jean Hobler, that the status conference scheduled for December 2, 2011 should be continued to January 17, 2012 at 9:00 a.m..

      The reason for the continuance is that the parties are in the process of negotiating to resolve the case without a trial and the defense needs additional time to present additional information to the government and to consider the government's offer. Accordingly, the time between December 2, 2011 and January 20, 2012 should be excluded from the Speedy Trial calculation pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Ms. Hobler has authorized Mr. Locke to sign this pleading for her.

Dated: November 30, 2011          Respectfully submitted,

　　　　　　　　　　　　　　　　　　 /S/ Bruce Locke
　　　　　　　　　　　　　　　　　　BRUCE LOCKE
　　　　　　　　　　　　　　　　　　Attorney for Anthony Vassallo

DATED: November 30, 2011          　/S/ Bruce Locke
　　　　　　　　　　　　　　　　　　For JEAN HOBLER
　　　　　　　　　　　　　　　　　　Attorney for the United States

　　　　The Court finds, based upon the parties' stipulation, that the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial, and

　　　　IT IS SO ORDERED.

Dated: November 30, 2011

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　　United States District Judge