| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | JEAN M. HOBLER<br>LEE S. BICKLEY |
| 3 | Assistant United States Attorneys<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 554-2700 |
| 5 | Facsimile: (916) 554-2900 |
| 6 | |
| 7 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY VASSALLO,<br><br>Defendant. | CASE NO. 2:09-CR-00179 GEB<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE RESTITUTION HEARING** |

At the sentencing hearing in this matter, a further hearing on restitution was set for August 23, 2013. Since that time, counsel for the Government has been working with the CPA retained for restitution analysis, Steven Werth. Mr. Werth advises that he has travel to Southern California planned for that time and related to a family wedding and a family birthday. He advises that he would be available for a hearing set on Friday, September 6, 2013. The Government believes having Mr. Werth available to answer any questions is necessary in this instance given the complexity of the restitution issues here.

The Government has consulted with the Probation Officer and counsel for Mr. Vassallo, and each has agreed to continue the matter to the September 6, 2013, date. That date is within the 90 days contemplated by 18 U.S.C. § 3664(d)(5), and leaves approximately two weeks available during that period for any necessary further proceedings.

Therefore, the parties stipulate and agree to moving the restitution hearing currently set for

Stipulation to Continue Restitution Hearing     1

August 23, 2013, to September 6, 2013, and request the Court enter an order to that effect.

Dated: July 15, 2013                              BENJAMIN B. WAGNER
                                                  United States Attorney

                                       By:   */s/   Jean M. Hobler*
                                              JEAN M. HOBLER
                                              LEE S. BICKLEY

Dated: July 15, 2013                          */s/   Jean M. Hobler for*
                                              MARK REICHEL
                                              Counsel for Anthony Vassallo
                                              (signature authorized July 15, 2013)

## ORDER

The Court adopts the stipulation of the parties and orders that the restitution hearing currently set for August 23, 2013, is continued to September 6, 2013, at 9:00 a.m.

**Date: 7/15/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge